UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALFONZO G. COLLINS,<br><br>              Plaintiff,<br><br>   v.<br><br>WASHINGTON STATE<br>DEPARTMENT OF CORRECTIONS,<br>et al.,<br><br>              Defendants. | CASE NO. C18-5762 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 18. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

    (1)    The R&R is **ADOPTED**; and

    (2)    Plaintiff's § 1983 action is dismissed.

Dated this 6th day of May, 2019.

                                         BENJAMIN H. SETTLE
                                         United States District Judge